AO440(Rev.12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Western District of Oklahoma

)
)
Ezekiel Davis )
)
Plaintiff(s), )
)
v. ) Case No. CIV.12.330.W
Lt. Barber )
)
)
)
)
Defendant(s). )

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*
Lt. Barber
Okla. State Reformatory
1700 1st St.
Granite, Okla, 73547

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) - or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12(a)(2) or (3) - you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

SUMMONS ISSUED:

**11:15 am, May 30, 2012**

ROBERT D. DENNIS, Clerk

By: _____
Deputy Clerk

*Signed and sealed by the Clerk of the Court or Deputy Clerk.*

AO440(Rev.12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Western District of Oklahoma

Ezekiel Davis )
)
)
)
Plaintiff(s), )
)
v. ) Case No. CIV-12-330W
Carl Bear )
)
)
)
Defendant(s). )

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

Carl Bear
1700 1st St. Oklahoma State Reformatory
Granite, Okla 73547

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) - or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12(a)(2) or (3) - you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

SUMMONS ISSUED:

*11:12 am, May 30, 2012*

ROBERT D. DENNIS, Clerk

By: _____
Deputy Clerk

*Signed and sealed by the Clerk of the Court or Deputy Clerk.*

AO440(Rev.12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Western District of Oklahoma

Ezekiel Davis )
)
Plaintiff(s), )
)
v. ) Case No. CIV. 12. 330. W
)
Paula Bethea )
)
Defendant(s). )

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

Paula Bethea, Law Library
Okla. State Reformatory
1700 1st St.
Granite, Okla. 73547

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) - or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12(a)(2) or (3) - you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

SUMMONS ISSUED:

**11:16 am, May 30, 2012**

ROBERT D. DENNIS, Clerk

By: _____
Deputy Clerk

*Signed and sealed by the Clerk of the Court or Deputy Clerk.*

# UNITED STATES DISTRICT COURT
for the
Western District of Oklahoma

Ezekiel Davis
    Plaintiff(s),

v.                                              Case No. CIV. 12.330.W

Johnny Blevins
    Defendant(s).

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

Johnny Blevins
3400 Martin Luther King Ave.
Okla. City, Okla 73136

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) - or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12(a)(2) or (3) - you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

SUMMONS ISSUED:

**11:17 am, May 30, 2012**

ROBERT D. DENNIS, Clerk

By: _____
    Deputy Clerk

*Signed and sealed by the Clerk of the Court or Deputy Clerk.*

AO440(Rev.12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Western District of Oklahoma

Ezekiel Davis

Plaintiff(s),

v.

Capt. Duty

Defendant(s).

Case No. CIV.12.330.W

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

Capt. Duty
Oklahoma State Reformatory
1700 1st. St.
Granite, Okla. 73547

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) - or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12(a)(2) or (3) - you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

SUMMONS ISSUED:

**11:13 am, May 30, 2012**

ROBERT D. DENNIS, Clerk

By: _____
Deputy Clerk

Signed and sealed by the Clerk of the Court or Deputy Clerk.

AO440(Rev.12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Western District of Oklahoma

Ezekiel Davis )
)
Plaintiff(s), )
)
v. ) Case No. CIV.12.330.W
Capt. Dennis Hendrix )
)
Defendant(s). )

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

Capt. Dennis Hendrix
Okla. State Reformatory
1700 1st St.
Granite, Okla. 73547

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) - or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12(a)(2) or (3) - you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

SUMMONS ISSUED:

**11:14 am, May 30, 2012**

ROBERT D. DENNIS, Clerk

By: _____
Deputy Clerk

Signed and sealed by the Clerk of the Court or Deputy Clerk.

AO440(Rev.12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Western District of Oklahoma

Ezekiel Davis
Plaintiff(s),

v.

Stefanie Lawson

Defendant(s).

Case No. CIV.12.330.W

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*
Stefanie Lawson, Asst. Att. General
313 N.E. 21st St. 3d Flr.
Okla. City, Okla. 73105

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) - or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12(a)(2) or (3) - you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*SUMMONS ISSUED:*

**11:17 am, May 30, 2012**

*ROBERT D. DENNIS, Clerk*

By: _____
Deputy Clerk

*Signed and sealed by the Clerk of the Court or Deputy Clerk.*

AO440(Rev.12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Western District of Oklahoma

Ezekiel Davis )
)
Plaintiff(s), )
)
v. ) Case No. CIV.12.330.W
)
Tracy McCollum )
)
Defendant(s). )

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

Tracy McCollum
Okla. State Reformatory
1700 1st St,
Granite, Okla. 73547

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) - or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12(a)(2) or (3) - you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

SUMMONS ISSUED:

**11:13 am, May 30, 2012**

ROBERT D. DENNIS, Clerk

By: _____
Deputy Clerk

Signed and sealed by the Clerk of the Court or Deputy Clerk.

AO440(Rev.12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Western District of Oklahoma

Ezekiel Davis )
)
Plaintiff(s), )
)
v. ) Case No. CIV-12-330-W
)
David Tate )
)
Defendant(s). )

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

David Tate
Okla. State Reformatory
1700 1st St.
Granite, Okla. 73547

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) - or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12(a)(2) or (3) - you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

SUMMONS ISSUED:

**11:16 am, May 30, 2012**

ROBERT D. DENNIS, Clerk

By: _____
Deputy Clerk

*Signed and sealed by the Clerk of the Court or Deputy Clerk.*